**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

RE: Gary L Jones                              ) Case No. 13 B 47033
    Emma A Jones                          )
                             Debtors ) Chapter 13
                                    )
                                    ) Judge: JACK B SCHMETTERER

## NOTICE OF MOTION

Gary L Jones                                                                              ERNESTO D BORGES JR
Emma A Jones                                                                via Clerk's ECF noticing procedures
3612 Jackson Ave
Richton Park, IL 60471

Please take notice that on March 12, 2014 at 11:00 am my designee or I will appear before the Honorable Judge JACK B SCHMETTERER at 219 South Dearborn Courtroom 682, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E Monroe St., Chicago, IL or by the methods indicated on February 20, 2014.

                                                                                                               /s/ Tom Vaughn

## TRUSTEE'S MOTION TO DISMISS FOR UNREASONABLE DELAY

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1. On December 09, 2013 the Debtors filed a petition and plan under Chapter 13 of Title 11 U.S.C.

2. That the above-captioned plan has not yet been confirmed.

3. That the Debtors has caused unreasonable delay that is prejudicial to creditors by:

Plan unfeasible due to IRS priority claim.

WHEREFORE, the Trustee prays that this case be dismissed for unreasonable delay by the debtor pursuant to 11 U.S.C. § 1307 (c) (1).

                                                                                           Respectfully submitted,

TOM VAUGHN                                                                  /s/ Tom Vaughn
CHAPTER 13 TRUSTEE
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900