IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | Case No.: 13-47033 |
|---|---|---|
|  | ) |  |
| Gary Jones | ) | Chapter 13 |
| Emma Jones, | ) |  |
| Debtor(s) | ) | Judge Jack B. Schmetterer |
|  | ) |  |

## NOTICE OF MOTION

**Via Electronic Filing:**
Office of the U.S. Trustee, Region 11, by ECF at USTPRegion11.ES.ECF@usdoj.gov;
Tom Vaughn, by ECF at ecf@tvch13.net

**Via U.S. Mail:**
All parties on the attached notice list;
Assistant Attorney General, Tax Division, P.O. Box 55 Ben Franklin Station, Washington, D.C. 20044;
Department of the Treasury, P.O. Box 21126, Philadelphia, PA 19114;
Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101;
Internal Revenue Service, P.O. Box 7317, Philadelphia, PA 19101

PLEASE TAKE NOTICE that on **June 18th, 2014 at 9:30am**, I shall appear before Honorable Judge Jack B. Schmetterer in courtroom 682 of the Dirksen Federal Building 219 S. Dearborn, Chicago, IL or any judge presiding and then and there present the attached **Objection to Proof of Claim**, a copy of which is attached hereto.

By:     /s/ Zeljko Popovic
        Zeljko Popovic

## CERTIFICATE OF SERVICE

I, Zeljko Popovic, hereby certify that I have caused to be served a copy of this Notice along with the aforementioned document upon the above parties, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 105 W. Madison, Suite 2300, Chicago, IL, before the hour of 5:30 p.m. on May 13th, 2014.

By:     /s/ Zeljko Popovic
        Zeljko Popovic

Zeljko Popovic #6290487
The Law Offices of Ernesto Borges, Jr. P.C.
105 W Madison, 23rd Floor
Chicago, IL 60602

```
Label Matrix for local noticing         Recovery Management Systems Corporation    U.S. Bankruptcy Court
0752-1                                  25 SE Second Avenue Suite 1120             Eastern Division
Case 13-47033                           Miami, FL 33131-1605                       219 S Dearborn
Northern District of Illinois                                                      7th Floor
Chicago                                                                            Chicago, IL 60604-1702
Tue May 13 08:37:29 CDT 2014

American InfoSource LP as agent for     Angelo Tsakopoulos MD SC                   CERASTES, LLC
Verizon                                 PO Box 149                                 C O WEINSTEIN,PINSON AND RILEY, PS
PO Box 248838                           Matteson, IL 60443                         2001 WESTERN AVENUE, STE 400
Oklahoma City, OK  73124-8838                                                      SEATTLE, WA 98121-3132


CPS,INC                                 Cnac - MI 106                              Collection Prof/lasal
PO BOX 57071                            3692 Airline Rd                            723 1st St
IRVINE, CA 92619-7071                   Muskegon, MI 49444-3863                    La Salle, IL 61301-2535



Commonwealth Edison                     Consumer Portfolio Svc                     Continental Finance Ll
3 Lincoln Center                        Attn:Bankruptcy                            121 Continental Dr Ste 1
Attn: Bankruptcy Section                19500 Jamboree Rd                          Newark, DE 19713-4347
Oakbrook Terrace, IL 60181-4204         Irvine, CA 92612-2401


Credit Acceptance                       Discover Fin Svcs Llc                      Eos Cca
25505 W 12 Mile Rd Suite 3000           Po Box 15316                               700 Longwater Dr
Southfield MI 48034-8331                Wilmington, DE 19850-5316                  Norwell, MA 02061-1624



FC Funding LLC                          First Credit Corporati                     First Credit Corporation
Flagship Credit Acceptance LLC Bankruptc P.o. Box 9300                             P O Box 9300
3 Christy Dr Suite 200                  Boulder, CO 80301-9300                     Boulder, CO 80301-9300
Chadds Ford, PA 19317-9670


First Premier Bank                      Flagship                                   Frankfort Smile Design
601 S Minnesota Ave                     3 Christy Dr                               c/o Collection Professionals Inc.
Sioux Falls, SD 57104-4868              Ste 203                                    P.O. Box 416
                                        Chadds Ford, PA 19317-9667                 Lasalle, IL 61301-0416


Hibu Inc f/k/a Yellowbook Inc           Hinckley Springs                           Horizon Card
c/o RMS Bankruptcy Recovery Services    6750 Discovery Blvd                        1707 Warren Rd
P.O. Box 5126                           Mableton, GA 30126-4646                    Indiana, PA 15701-2423
Timonium, MD 21094-5126


Illinois Bell Telephone Company         Independence Receivables                   Ingalls Memorial Hospital
% AT&T Services, Inc                    c/o Recovery Management Systems Corp.      Correspondence Address
Karen Cavagnaro, Paralegal              25 S.E. 2nd Avenue, Suite 1120             PO Box 3397
One AT&T Way, Room 3A104                Miami, FL 33131-1605                       Chicago, IL 60654-0397
Bedminster, NJ 07921-2693


Internal Revenue Service                James Herr & Sons Repairing                Jefferson Capital Systems LLC
PO Box 7346                             3204 Louis Sherman Dr                      Po Box 7999
Philadelphia, PA 19101-7346             Steger, IL 60475-1184                      Saint Cloud, Mn 56302-7999
```

| | | |
|---|---|---|
| Kristen Ashley Parks<br>407 S Dearborn<br>Ste 1200<br>Chicago, IL 60605-1117 | LVNV Funding, LLC its successors and assigns assignee of Arrow Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Marauder Corporation<br>74923 Highway 111<br>Indian Wells, CA 92210 |
| Mcsi Inc<br>Po Box 327<br>Palos Heights, IL 60463-0327 | Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Mercedes-Benz of Orland Park<br>8430 W 159th St<br>Orland Park, IL 60462-4942 |
| Meta Bank-loc/ Money Power line of credi<br>Jackson Hewitt I Power Card<br>Po Box 71402<br>Salt Lake City, UT 84171-0402 | Ndc Ck Svc<br>Po Box 661158<br>Chicago, IL 60666-1158 | Nicor Gas<br>Po box 549<br>Aurora il 60507-0549 |
| Pellettieri<br>991 Oak Creek Dr<br>Lombard, IL 60148-6408 | Premier BankCard/Charter Systems<br>Post Office Box 2208<br>Vacaville, CA 95696-8208 | Quantum3 Group LLC as agent for<br>Galaxy Asset Purchasing LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Rac Acceptance<br>5501 Headquarters Dr<br>Plano, TX 75024-5837 | Region Recov<br>5252 Hohman<br>Hammond, IN 46320-1723 | Silver Cross Hospital<br>1900 Silver Cross Blvd<br>New Lenox, IL 60451-9509 |
| Trident Asset Manageme<br>5755 Northpoint Pkwy Ste<br>Alpharetta, GA 30022-1136 | Verizon<br>Verizon Wireless Department/Attn: Bankru<br>Po Box 3397<br>Bloomington, IL 61702-3397 | Vision Fin<br>1900 W Severs Rd<br>La Porte, IN 46350-7855 |
| Webbnk/fstr<br>6250 Ridgewood Roa<br>Saint Cloud, MN 56303-0820 | Emma A Jones<br>3612 Jackson Avenue<br>Richton Park, IL 60471-2159 | Gary L. Jones<br>3612 Jackson Avenue<br>Richton Park, IL 60471-2159 |
| Martin A. Lear<br>Law Offices of Ernesto Borges<br>105 West Madison<br>23rd Floor<br>Chicago, IL 60602-4647 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603-5713 |
| Tyree V Wright<br>Law Offices of Ernesto D. Borges, Jr.<br>105 W Madison<br>23rd Floor<br>Chicago, IL 60602-4647 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | Case No.: 13-47033 |
| --- | --- | --- |
|  | ) |  |
| Gary Jones | ) | Chapter 13 |
| Emma Jones, | ) |  |
| Debtor(s) | ) | Judge Jack B. Schmetterer |
|  | ) |  |

## OBJECTION TO PROOF OF CLAIM #9

NOW COME the Debtors, Gary and Emma Jones, by and through The Law Offices of Ernesto D. Borges Jr., P.C., and hereby move this Honorable Court to enter an order granting Debtors' Objection to Claims #9 by the Internal Revenue Service, and in support thereof state as follows:

1) That the Debtors filed a petition for relief pursuant to Chapter 13 of Title 11 United States Code on December 9th, 2013.

2) That the Debtors' Plan has not yet been confirmed.

3) That claim #9 filed by the Internal Revenue Service lists the Debtor wife's 2012 tax return as "Not Filed" and an *estimated* income tax liability due of $5,000 for that year to be treated as an unsecured priority claim.    (Exhibit A)

4) That the Debtor wife, Emma Jones, did in fact file her 2012 tax return on March 13th, 2013.    (Exhibit B)

5) That the Debtor wife owed no tax liability for calendar tax year 2012 and was actually supposed to receive a refund.    (Exhibit B)

WHEREFORE, Debtors respectfully pray this Court enter an order granting Debtors' objection to the Proof of Claim #9 filed by the Internal Revenue Service; and for such other and further relief this court deems just and proper.

Respectfully submitted,

/s/ Zeljko Popovic
Zeljko Popovic

Zeljko Popovic #6290487
The Law Offices of Ernesto Borges, Jr. P.C.
105 W Madison, 23rd Floor
Chicago, IL 60602
(312) 853-0200