Model Plan                                                               Trustee: ☐ Marshall    ☐ Meyer
11/22/2013                                                           ☐ Stearns    ■ Vaughn

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | Case No. 13-47033 |
| | ) | |
| Gary L. Jones | ) | |
| Emma A. Jones | ) | |
| Debtors. | ) | Modified Chapter 13 Plan, dated 5/13/14 |

■     A check in this box indicates that the plan contains special provisions, set out in Section G. Otherwise, the plan includes no provisions deviating from the model plan adopted by the court at the time of the filing of this case.

**Section A.**
*Budget items*

1. As stated in the debtor's Schedule I and J, (a) the number of persons in the debtor's household is __4__ ; (b) their ages are __, 5 , 19__ ; (c) total household monthly income is $ __3,583.00__ ; and (d) total monthly household expenses are $ __2,021.00__ , leaving $ __1,562.00__ available monthly for plan payments.

2. The debtor's Schedule J includes $ __N/A__ for charitable contributions; the debtor represents that the debtor made substantially similar contributions for __N/A__ months prior to filing this case.

**Section B.**
*General items*

1. The debtor assumes all unexpired leases and executory contracts listed in Section G of this plan; all other unexpired leases and executory contracts are rejected. Both assumption and rejection are effective as of the date of plan confirmation.

2. Claims secured by a mortgage on real property of the debtor, set out in Section C or in Paragraph 2 of Section E of this plan, shall be treated as follows:

(a) *Prepetition defaults.* If the debtor pays the cure amount specified in Paragraph 5 of Section E, while timely making all required postpetition payments, the mortgage will be reinstated according to its original terms, extinguishing any right of the mortgagee to recover any amount alleged to have arisen prior to the filing of the petition.

(b) *Costs of collection.* Costs of collection, including attorneys' fees, incurred by the holder after the filing of this bankruptcy case and before the final payment of the cure amount specified in Paragraph 5 of Section E may be added to that cure amount pursuant to order of the court on motion of the holder.

3. The holder of any claim secured by a lien on property of the estate, other than a mortgage treated in Section C or in Paragraph 2 of Section E, shall retain the lien until the earlier of (a) payment of the underlying debt determined under nonbankruptcy law, or (b) discharge under 11 U.S.C. § 1328, at which time the lien shall terminate and be released by the creditor.

4. The debtor shall retain records, including all receipts, of all charitable donations listed in Schedule J.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

**Section C.**
*Direct payment of claims by debtor*

■ The debtor will make no direct payments to creditors holding prepetition claims. /or/
☐ The debtor will make current monthly payments, as listed in the debtor's Schedule J-- increased or decreased as necessary to reflect changes in variable interest rates, escrow requirements, collection costs, or similar matters--directly to the following creditors holding claims secured by a mortgage on the debtor's real property:

Creditor: __-NONE-_____ , monthly payment, $ _____

**Section D.**
*Payments by debtor to the trustee; plan term and completion*

1. *Initial plan term.* The debtor will pay to the trustee $ __1,562.00__ monthly for __60__ months [and $ _____ **monthly for an additional** _____ **months**], for total payments, during the initial plan term, of $ __93,720.00__ . [Enter this amount on Line 1 of Section H.]

2. *Adjustments to initial term.* If the amount paid by the debtor to the trustee during the initial plan term does not permit payment of general unsecured claims as specified in Paragraphs 8 and 9 of Section E, then the debtor shall make additional monthly payments, during the maximum plan term allowed by law, sufficient to permit the specified payments.

3. *Plan completion.* ☐ The plan will conclude before the end of the initial term, as adjusted by Paragraph 2, only at such time as all allowed claims are paid in full, with any interest required by the plan /or/
■ The plan will conclude before the end of the initial term at any time that the debtor pays to the trustee the full amounts specified in Paragraphs 1 and 2.

**Section E.**
*Disbursements by the trustee*

The trustee shall disburse payments received from the debtor under this plan as follows:

1. *Trustee's fees.* Payable monthly, as authorized; estimated at **6.60**% of plan payments; and during the initial plan term, totaling $ __6,185.40__ . [Enter this amount on Line 2a of Section H.]

2. *Current mortgage payments.* Payable according to the terms of the mortgage, as set forth below, beginning with the first payment due after the filing of the case. Each of these payments shall be increased or decreased by the trustee as necessary to reflect changes in variable interest rates, escrow requirements, or similar matters; the trustee shall make the change in payments as soon as practicable after receipt of a notice of the change issued by the mortgage holder, but no later than 14 days after such receipt. The trustee shall notify the debtor of any such change at least 7 days before putting the change into effect. Any current mortgage payment made by the debtor directly to the mortgagee shall be deducted from the amounts due to be paid to the trustee under this plan.

**-NONE-**

The total of all current mortgage payments to be made by the trustee under the plan is estimated to be $ __0.00__ . [Enter this amount on Line 2b of Section H.]

3.1. *Other secured claims secured by value in collateral.* All secured claims, other than mortgage claims treated above and claims treated in Paragraph 3.2, are to be paid in full during the plan term, with interest at an annual percentage rates and in the fixed monthly amounts specified below regardless of contrary proofs of claim (subject to reduction with the consent of the creditor):

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                               Best Case Bankruptcy

(a) Creditor: __Consumer Portfolio Svc__   Collateral: **2006 Mercedes-Benz ML500 with 80,000 miles**
**Value based on NADA clean retail**
Amount of secured claim: $ __16,573.50__ APR __5.25__ %   Fixed monthly payment: $ __314.66__ ;
Total estimated payments, including interest, on the claim: $__18,879.60__. ☐ Check if non-PMSI

(b) Creditor: __Credit Acceptance__   Collateral: **2001 Chevrolet Monte Carlo LS with 120,000 miles**
**Value based on NADA clean retail**
Amount of secured claim: $ __4,725.00__ APR __5.25__ %   Fixed monthly payment: $ __142.14__ ;
Total estimated payments, including interest, on the claim: $__5,117.04__. ☐ Check if non-PMSI

(c) Creditor: __Flagship__   Collateral: **2011 Kia Sorento LX AWD with 60,000 miles**
**Value based on NADA clean retail**
Amount of secured claim: $ __23,547.00__ APR __5.25__ %   Fixed monthly payment: $ __447.06__ ;
Total estimated payments, including interest, on the claim: $__26,823.60__. ☐ Check if non-PMSI

(d) Creditor: __James Herr & Sons Repairing__   Collateral: **2001 Chevrolet Monte Carlo LS with 120,000 miles**
**Value based on NADA clean retail**
Amount of secured claim: $ __951.52__ APR __3.5__ %   Fixed monthly payment: $ __28.64__ ;
Total estimated payments, including interest, on the claim: $__1,002.28__. ☐ Check if non-PMSI

(e) Creditor: __Mercedes-Benz of Orland Park__   Collateral: **2006 Mercedes-Benz ML500 with 80,000 miles**
**Value based on NADA clean retail**
Amount of secured claim: $ __4,019.17__ APR __3.5__ %   Fixed monthly payment: $ __86.50__ ;
Total estimated payments, including interest, on the claim: $__4,325.00__. ☐ Check if non-PMSI

[All claims in the debtor's Schedule D, other than mortgages treated above and claims for which the collateral has no value, must be listed in this paragraph.]

The total of all payments on these secured claims, including interest, is estimated to be $__56,147.52__. [Enter this amount on Line 2c of Section H.]

3.2 *Other secured claims treated as unsecured.* The following claims are secured by collateral that either has no value or that is fully encumbered by liens with higher priority. No payment will be made on these claims on account of their secured status, but to the extent that the claims are allowed, they will be paid as unsecured claims, pursuant to Paragraphs 6 and 8 of this section.
**-NONE-**

4. *Priority claims of debtor's attorney*. Payable in amounts allowed by court order. The total claim of debtor's attorney is estimated to be $ __3,747.00__. [Enter this amount on Line 2d of Section H.]

5. *Mortgage arrears*. Payable as set forth below, regardless of contrary proofs of claim, except that the arrears payable may be reduced either with the consent of the mortgagee or by court order, entered on motion of the debtor with notice to the trustee and the mortgagee. Any such reduction shall be effective 14 days after either the trustee's receipt of a notice of reduction consented to by the mortgagee or the entry of a court order reducing the arrearage.
**-NONE-**

6. *Allowed priority claims other than those of the debtor's attorney*. Payable in full, without interest, on a pro rata basis. The total of all payments on non-attorney priority claims to be made by the trustee under the plan is estimated to be $ __25,290.66__. [Enter this amount on Line 2f of Section H.] Any claim for which the proof of claim asserts both secured and priority status, but which is not identified as secured in Paragraphs 2, 3.1, or 3.2 of this section, will be treated under this paragraph to the extent that the claim is allowed as priority claim.

7. *Specially classified unsecured claim*. A special class consisting of the following non-priority unsecured claim: __-NONE-__ shall be paid at __N/A__ % of the allowed amount. The total of all payments to this special class is estimated to be $__N/A__. [Enter this amount on Line 2g of Section H.]

Reason for the special class: __N/A__.

8. *General unsecured claims (GUCs)*. All allowed nonpriority unsecured claims, not specially classified, including unsecured deficiency claims under 11 U.S.C. § 506(a), shall be paid, pro rata, ☐ in full, /or/ ■ to the extent possible from the payments set out in Section D, but not less than __7__ % of their allowed amount. [Enter minimum payment percentage on Line 4b of Section H.] Any claim for which the proof of claim asserts secured status, but which is not identified as secured in section C, or Paragraphs 2, 3.1, 3.2 or 5 of this section, will be treated under this paragraph to the extent that the claim is allowed without priority.

9. *Interest*. ■ Interest shall not be paid on unsecured claims /or/ ☐ interest shall be paid on unsecured claims, including priority and specially classified claims, at an annual percentage rate of __N/A__ % [Complete Line 4d of Section H to reflect interest payable.]

**Section F.**
*Priority*

The trustee shall pay the amounts specified in Section E of this Plan in the following order of priority, with claims in a given level of priority reduced proportionately in the event of insufficient plan payments: (1) trustee's fee; (2) current mortgage payments; (3) secured claims listed in Section E, Paragraph 3.1; (4) priority claims of the debtor's attorney; (5) mortgage arrears; (6) priority claims other than those of the debtor's attorney; (7) specially classified non-priority unsecured claims; and (8) general unsecured claims.

**Section G.**
*Special terms*

Notwithstanding anything to the contrary set forth above, this Plan shall include the provisions set forth in the box following the signatures. The provisions will not be effective unless there is a check in the notice box preceding Section A.

4

**Section H.**
*Summary of payments to and from the trustee*

(1) Total payments from the debtor to the Chapter 13 trustee (subject to Paragraph 2 of Section D) $ 93,720.00

(2) Estimated disbursements by the trustee for non-GUCs (general unsecured claims):
   (a) Trustee's fees $ 6,185.40
   (b) Current mortgage payments $ 0.00
   (c) Payments of other allowed secured claims $ 56,147.52
   (d) Priority payments to debtor's attorney $ 3,747.00
   (e) Payments of mortgage arrears $ 0.00
   (f) Payments of non-attorney priority claims $ 25,290.66
   (g) Payments of specially classified unsecured claims $ 0.00
   (h) Total *[add Lines 2a through 2g]* $ 91,370.58

(3) Estimated payments available for GUCs and interest during initial plan term *[subtract Line 2h from Line 1]* $ 2,349.42

(4) Estimated payments required after initial plan term:
   (a) Estimated total GUCs, including unsecured deficiency claims under § 506(a) $ 34,158.07
   (b) Minimum GUC payment percentage 7 %
   (c) Estimated minimum GUC payment *[multiply line 4a by line 4b]* $ 2,391.06
   (d) Estimated interest payments on unsecured claims $ 0.00
   (e) Total of GUC and interest payments *[add Lines 4c and 4d]* $ 2,391.06
   (f) Payments available during initial term *[enter Line 3]* $ 2,349.42
   (g) Additional payments required *[subtract Line 4f from Line 4e]* $ 41.64

(5) Additional payments available:
   (a) Debtor's monthly payment less trustee's fees and current mortgage payments made by the trustee $ 1,458.91
   (b) Months in maximum plan term after initial term 0
   (c) Payments available *[multiply line 5a by line 5b]* $ 0.00

**Section I.**
*Payroll Control*

☐ A check in this box indicates that the debtor consents to immediate entry of an order directing the debtor's employer to deduct from the debtor's wages the amount specified in Paragraph 1 of Section D and to pay that amount to the trustee on the debtor's behalf. If this is a joint case, details of the deductions from each spouse's wages are set out in Section G.

**Signatures**   **Debtor(s) [Sign only if not represented by an attorney]**

   **Date**

**Debtor's Attorney**   /s/ Tyree V. Wright   **Date**   May 13, 2014

| *Attorney Information (name, address, telephone, etc.)* | **Tyree V. Wright 6304332**<br>**The Law Offices of Ernesto D. Borges, Jr., PC**<br>**105 W. Madison**<br>**23rd Floor**<br>**Chicago, IL 60602**<br>**312-853-0200**<br>**Fax: 312-873-4693** |
|---|---|

## Special Terms *[as provided in Paragraph G]*

**1. Late filed unsecured claims shall be disallowed and shall not be paid by the Chapter 13 Trustee.**

```
                            United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                             Case No. 13-47033-JBS
Gary L. Jones                                                      Chapter 13
Emma A Jones
         Debtors               CERTIFICATE OF NOTICE
District/off: 0752-1           User: gbeemster              Page 1 of 2              Date Rcvd: May 14, 2014
                               Form ID: pdf003              Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2014.
db/jdb        +Gary L. Jones,    Emma A Jones,    3612 Jackson Avenue,    Richton Park, IL 60471-2159
21465604       Angelo Tsakopoulos MD SC,    PO Box 149,    Matteson, IL 60443
21304831      +Cnac - MI 106,    3692 Airline Rd,    Muskegon, MI 49444-3863
21304832      +Collection Prof/lasal,    723 1st St,    La Salle, IL 61301-2535
21304833      +Consumer Portfolio Svc,    Attn:Bankruptcy,    19500 Jamboree Rd,    Irvine, CA 92612-2401
21304834      +Continental Finance Ll,    121 Continental Dr Ste 1,    Newark, DE 19713-4347
21314329      +Credit Acceptance,    25505 W 12 Mile Rd Suite 3000,    Southfield MI 48034-8331
21304836      +Eos Cca,    700 Longwater Dr,    Norwell, MA 02061-1624
21304837      +First Credit Corporati,    P.o. Box 9300,    Boulder, CO 80301-9300
21703109      +First Credit Corporation,    P O Box 9300,    Boulder, CO 80301-9300
21304838      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
21304839      +Flagship,    3 Christy Dr,    Ste 203,    Chadds Ford, PA 19317-9667
21418355      +Frankfort Smile Design,    c/o Collection Professionals Inc.,    P.O. Box 416,
                Lasalle, IL 61301-0416
21464958      +Hibu Inc f/k/a Yellowbook Inc,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
                Timonium, MD 21094-5126
21304840      +Horizon Card,    1707 Warren Rd,    Indiana, PA 15701-2423
21465606      +Ingalls Memorial Hospital,    Correspondence Address,    PO Box 3397,    Chicago, IL 60654-0397
21465601      +James Herr & Sons Repairing,    3204 Louis Sherman Dr,    Steger, IL 60475-1184
21515004      +Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud, Mn 56302-7999
21465607      +Kristen Ashley Parks,    407 S Dearborn,    Ste 1200,    Chicago, IL 60605-1117
21304842      +Mcsi Inc,    Po Box 327,    Palos Heights, IL 60463-0327
21304843      +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
21465602      +Mercedes-Benz of Orland Park,    8430 W 159th St,    Orland Park, IL 60462-4942
21304844      +Meta Bank-loc/ Money Power line of credi,    Jackson Hewitt I Power Card,    Po Box 71402,
                Salt Lake City, UT 84171-0402
21304845      +Ndc Ck Svc,    Po Box 661158,    Chicago, IL 60666-1158
21304847      +Rac Acceptance,    5501 Headquarters Dr,    Plano, TX 75024-5837
21304848      +Region Recov,    5252 Hohman,    Hammond, IN 46320-1723
21465608      +Silver Cross Hospital,    1900 Silver Cross Blvd,    New Lenox, IL 60451-9509
21304849     #+Trident Asset Manageme,    5755 Northpoint Pkwy Ste,    Alpharetta, GA 30022-1136
21304850      +Verizon,    Verizon Wireless Department/Attn: Bankru,    Po Box 3397,    Bloomington, IL 61702-3397
21304851      +Vision Fin,    1900 W Severs Rd,    La Porte, IN 46350-7855
21304852      +Webbnk/fstr,    6250 Ridgewood Roa,    Saint Cloud, MN 56303-0820

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21427884       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 15 2014 00:50:55
                American InfoSource LP as agent for,    Verizon,    PO Box 248838,    Oklahoma City, OK  73124-8838
21558777      +E-mail/Text: bncmail@w-legal.com May 15 2014 00:48:51     CERASTES, LLC,
                C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
21416736      +E-mail/Text: bankruptcy@consumerportfolio.com May 15 2014 00:49:11     CPS,INC,    PO BOX 57071,
                IRVINE, CA 92619-7071
21435627      +E-mail/Text: legalcollections@comed.com May 15 2014 00:49:50     Commonwealth Edison,
                3 Lincoln Center,    Attn: Bankruptcy Section,    Oakbrook Terrace, IL 60181-4204
21304835      +E-mail/PDF: mrdiscen@discoverfinancial.com May 15 2014 00:52:51     Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
21513621      +E-mail/Text: jransing@flagshipacc.com May 15 2014 00:49:39     FC Funding LLC,
                Flagship Credit Acceptance LLC Bankruptc,    3 Christy Dr Suite 200,    Chadds Ford, PA 19317-9670
21465605      +E-mail/Text: bankruptcy@water.com May 15 2014 00:48:29     Hinckley Springs,
                6750 Discovery Blvd,    Mableton, GA 30126-4646
21315693      +E-mail/Text: g17768@att.com May 15 2014 00:47:39     Illinois Bell Telephone Company,
                % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
                Bedminster, NJ 07921-2693
21355289       E-mail/PDF: rmscedi@recoverycorp.com May 15 2014 00:52:21     Independence Receivables,
                c/o Recovery Management Systems Corp.,     25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
21465603       E-mail/Text: cio.bncmail@irs.gov May 15 2014 00:47:53     Internal Revenue Service,    PO Box 7346,
                Philadelphia, PA 19101-7346
21515004      +E-mail/Text: bankruptcy@jeffersoncapitalinternational.com May 15 2014 00:49:14
                Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud, Mn 56302-7999
21769636       E-mail/PDF: resurgentbknotifications@resurgent.com May 15 2014 00:52:45
                LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,   LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
21304841       E-mail/Text: mgr@collection-professionals.com May 15 2014 00:47:43     Marauder Corporation,
                74923 Highway 111,    Indian Wells, CA 92210
21829335      +E-mail/Text: bankrup@aglresources.com May 15 2014 00:46:54     Nicor Gas,    Po box 549,
                Aurora il 60507-0549
21304846      +E-mail/Text: mmrgbk@miramedrg.com May 15 2014 00:48:44     Pellettieri,    991 Oak Creek Dr,
                Lombard, IL 60148-6408
21496372      +E-mail/Text: csidl@sbcglobal.net May 15 2014 00:49:36     Premier BankCard/Charter Systems,
                Post Office Box 2208,    Vacaville, CA 95696-8208
21374589       E-mail/Text: bnc-quantum@quantum3group.com May 15 2014 00:48:23
                Quantum3 Group LLC as agent for,    Galaxy Asset Purchasing LLC,    PO Box 788,
                Kirkland, WA  98083-0788
```

```
District/off: 0752-1          User: gbeemster            Page 2 of 2                  Date Rcvd: May 14, 2014
                              Form ID: pdf003            Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

TOTAL: 17

***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2014                                           Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2014 at the address(es) listed below:

```
              Christopher H Purcell    on behalf of Creditor    CREDIT ACCEPTANCE CORPORATION shermlaw13@aol.com
              Deborah K Ebner    on behalf of Creditor    Flagship Credit Acceptance LLC
               dkebner@deborahebnerlaw.com,
               sbutz@deborahebnerlaw.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
              Martin A. Lear    on behalf of Debtor Gary L. Jones notice@billbusters.com,
               billbusters@bestclientinc.com
              Martin A. Lear    on behalf of Joint Debtor Emma A Jones notice@billbusters.com,
               billbusters@bestclientinc.com
              Michael L Sherman    on behalf of Creditor    CREDIT ACCEPTANCE CORPORATION shermlaw1@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Tom Vaughn    ecf@tvch13.net, ecfchi@gmail.com
              Tyree V Wright    on behalf of Joint Debtor Emma A Jones notice@billbusters.com,
               twright@billbusters.com;billbusters@bestclientinc.com
              Tyree V Wright    on behalf of Debtor Gary L. Jones notice@billbusters.com,
               twright@billbusters.com;billbusters@bestclientinc.com
                                                                                             TOTAL: 9
```